UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROBERT A. LIVINGSTON,

        Plaintiff,

-vs-                                        Case No.  5:04-cv-260-Oc-10GRJ

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.
_____/

## O R D E R

On October 4, 2005, the Court entered an Order (Doc. 14) directing the Clerk to enter Judgment reversing and remanding this case to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment was entered on October 5, 2005 (Doc. 15).  On November 23, 2005, the Plaintiff filed a Petition for Attorneys' Fees (Doc. 16), requesting an award of attorneys' fees in the amount of $3,057.05, expenses in the amount of $42.58, and costs in the amount of $150.00.  The Commissioner filed an opposition requesting a reduction in the amount of attorneys' fees (Doc. 17).

The United States Magistrate Judge issued a report (Doc. 18) on December 13, 2005, recommending that the Plaintiff's Petition for Attorneys' Fees be granted subject to certain deductions specified in the report.  The Magistrate Judge recommended the deductions because the Plaintiff had failed to file a complete and detailed schedule of

hours in a sworn affidavit.  On January 2, 2006, the Plaintiff filed an Objection (Doc. 19) to the Report and Recommendation, which includes the missing schedule of hours, and requests that the Magistrate Judge consider the new schedule and issue a revised Report and Recommendation.

On January 4, 2006, the Magistrate Judge withdrew his prior Report and Recommendation and issued an Amended Report and Recommendation (Doc. 20). Neither party has objected to the Amended Report and Recommendation of the Magistrate Judge, and the time for objecting has elapsed.

Upon an independent examination of the Petition for fees, the Commissioner's Opposition, and the Plaintiff's Objection and upon due consideration, the Amended Report and Recommendation of the Magistrate Judge (Doc. 20) is adopted, confirmed and made a part hereof.  The Plaintiff's Petition for Attorneys' Fees (Doc. 16) and Objection (Doc. 19) are GRANTED, and the Plaintiff is awarded the sum of $3,057.05 for attorneys' fees, $42.58 for expenses, and $150.00 for costs, for a total award of $3,259.63.  The award of costs shall be payable from the judgment fund.  The Clerk is directed to enter judgment accordingly, terminate all pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 20th day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   Hon. Gary R. Jones
             Counsel of Record